852 A.2d 310

**PITTSBURGH PALISADES PARK, L.L.C, Appellant**

v.

**PENNSYLVANIA STATE HORSE RACING COMMISSION & Presque Isle Downs, Inc., Appellees.**

**No. 19 WAP 2004.**

Supreme Court of Pennsylvania.

June 25, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 25th day of June, 2004, the above appeal is quashed.